Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*Sandra R. Davis*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA R. DAVIS,<br><br>   Plaintiff,<br>v.<br><br>CAPITAL ONE; SYNCHRONY BANK and EQUIFAX INFORMATION SERVICES, LLC,<br><br>   Defendants. | Case No.: 2:15-cv-02351-GMN-VCF<br><br>**MOTION TO SUBSTITUTE ATTORNEY** |

Pursuant to LR 10-6, Plaintiff Sandra R. Davis hereby moves this Court to substitute Michael Kind of the law firm Kazerouni Law Group, APC in the place and stead of Danny J. Horen in this matter.

SANDRA R. DAVIS

By: *Sandra R Davis*
Sandra R. Davis
DATED: _____

The undersigned, Danny J. Horen, hereby consents to the substitution of Michael Kind of the law firm Kazerouni Law Group, APC as the attorney for Plaintiff Sandra R. Davis.

DANNY J. HOREN

By: _____
Danny J. Horen
DATED:  2/18/16

**CONSENT TO SUBSTITUTION**

I hereby consent to my substitution as attorney for Plaintiff Sandra R. Davis in the place and stead of Danny J. Horen.

KAZEROUNI LAW GROUP, APC

By: /s/ Michael Kind
Michael Kind
7854 West Sahara Avenue
Las Vegas, Nevada 89119
DATED: 2/29/2016

IT IS SO ORDERED:
DATED: 2-29-2016  _____

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 29, 2016, the foregoing MOTION TO SUBSTITUTE ATTORNEY was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117