DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Synchrony Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA R. DAVIS,<br><br>                        Plaintiff,<br><br>v.<br><br>CAPITAL ONE; and SYNCHRONY BANK,<br><br>                       Defendants. | Case No.:  2:15-cv-02351-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SYNCHRONY BANK TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Synchrony Bank fourteen additional days from the date of entry of this order to file a responsive pleading to Plaintiff Sandra Davis' (**Plaintiff**) First Amended Complaint, which she filed on March 7, 2016. ECF No. 27. Pursuant to Stipulation of the parties, ~~BANA~~ Synchrony Bank shall have until April 12, 2016 to file a responsive pleading.  This stipulation is in order to address current time constraints on defense counsel, and to provide additional time for the parties to explore settlement.

/ / /

{37928335;1}

This is the parties' first request for an extension.

DATED this 28th day of March, 2016.

| **KAZEROUNI LAW GROUP, APC** | **AKERMAN LLP** |
|---|---|
| /S/ *Michael Kind* <br> MICHAEL KIND, ESQ. <br> Nevada Bar No 13903 <br> 7854 W. Sahara Avenue <br> Las Vegas, NV 89117 <br><br> **HAINES & KRIEGER** <br><br> DAVID H. KRIEGER, ESQ. <br> HAINES & KRIEGER, LLC <br> Nevada Bar No, 9086 <br> 8985 S. Eastern Avenue, Suite 130 <br> Las Vegas, NV 89123 <br><br> *Attorneys for Plaintiff* | /s/ *Matthew Knepper* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> MATTHEW I. KNEPPER <br> Nevada Bar No. 12796 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Defendant Synchrony Bank* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 1, 2016

{37928335;1}                        2