ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
         tenesa.scaturro@akerman.com

*Attorneys for Defendant Synchrony Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA R. DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE, AND SYNCHRONY BANK <br><br> Defendants. | Case No.:   2:15-cv-02351-GMN-VCF <br><br> **NOTICE OF DISASSOCIATION** |

Defendant Synchrony Bank (**Synchrony**) hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP.  **Synchrony** requests Mr. Clark be removed from the CM/ECF service list.

Akerman LLP will continue to represent **Synchrony** and requests Ariel Stern, Esq. and Tenesa Scaturro, Esq. receive all future notices.

Respectfully submitted, this 29th day of August, 2016.

**AKERMAN LLP**
/s/ *Ariel Stern*
ARIEL STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendant Synchrony Bank*

{39180996;1}                    1

## COURT APPROVAL

IT IS SO ORDERED.

Date: August 31, 2016

_____
UNITED STATES MAGISTRATE JUDGE

Miles Clark never made an appearance in this case.  IT IS HEREBY ORDERED that the Notice of Disassociation (ECF No. 47) is DENIED as unneccessary (ECF No. 47).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the this 29th day of August, 2016, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

/s/ Michael Hannon
An employee of AKERMAN LLP

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{39180996;1}   3